UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONY FISHER, aka KELLIE REHANNA, | ) ) ) | CASE NO.: 4:19-CV-1169 |
| Plaintiff, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | NOTICE OF FILING THE DEPOSITON OF BETHANIE CAVALIER |
| FEDERAL BUREAU OF PRISONS, *et al.,* | ) ) ) | |
| Defendants. | ) | |

Plaintiff, Tony Fisher, aka Kellie Rehanna, by and through counsel, hereby notifies this

Court and Defendants that the deposition of Bethanie Cavalier that was taken on July 23, 2021

(attached hereto) has been filed in this case.


Respectfully submitted,

*/s/Edward A. Icove*
Edward A. Icove (0019646)
Icove Legal Group, Ltd.
Terminal Tower, Ste. 3220
50 Public Square
Phone (216) 802-0000; Fax (216) 802-0002
ed@icovelegal.com
Attorney for Plaintiff Tony Fisher,
aka Kellie Rehanna

## **CERTIFICATE OF SERVICE**

On August 27, 2021, this document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this through the Court's system.

/s/ Edward A. Icove
Edward A. Icove

1

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3                       - - -

 4   Tony Fisher, aka          )
     Kellie Rehanna,           )
 5                             )
                 Plaintiff,    )
 6                             )
           vs.                 )  Case No. 4:19CV1169
 7                             )  Sara Lioi, J.
     Federal Bureau of         )
 8   Prisons, et al.,          )
                               )
 9               Defendants.   )

10                       - - -

11        Deposition of Bethanie Cavalier, a witness

12   herein, called on behalf of the plaintiff for oral

13   examination, pursuant to the Federal Rules of Civil

14   Procedure, taken before Karen A. Toth, Notary Public

15   in and for the State of Ohio, pursuant to notice,

16   via Zoom, on Friday, July 23, 2021, commencing at

17   9:05 a.m.

18                       - - -

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2   On behalf of the Plaintiff:

 3           Ed Icove, Esq.
             Icove Legal Group LTD
 4           Terminal Tower
             500 Public Square, Suite 3320
 5           Cleveland, Ohio 44113
             216-802-0000
 6

 7   On behalf of the Defendants:

 8           Gary Feldon, Esq.
             Joshua Gardner, Esq.
 9           United States Department of Justice
             Civil Division, Federal Programs Branch
10           1100 L Street NW
             Room 11502
11           Washington, D.C. 20005
             202-305-7583
12

13                          -  -  -

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        INDEX
2    WITNESS:                        CROSS
3    Bethanie Cavalier
4        by Mr. Icove                 4
5                      - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      BETHANIE CAVALIER
 2    Of lawful age, being first duly sworn, as
 3    hereinafter certified, was examined and testified as
 4    follows:
 5                      CROSS-EXAMINATION
 6    By Mr. Icove:
 7    Q     Good morning.  My name is Ed Icove and I
 8          represent Tony Fisher aka Kellie Rehanna, who
 9          I will be referring to as Kellie in her case
10          against the BOP and Federal Corrections
11          Institution Elkton.
12                      The name of the case is what I've just
13          read, the case number is 4:19CV1169 and it's
14          presently pending in the United States
15          District Court, Northern District of Ohio,
16          Eastern Division.
17                      Ms. Cavalier, is that how you pronounce
18          your last name, Cavalier?
19    A     Yes.
20    Q     Okay.  I just wanted to make sure.  With a
21          last name like mine I double check.
22                      So have you ever been deposed before or
23          testified in court?
24    A     No.
25    Q     Basically, the formalities of being in court
```

```
 1            is required in depositions as well as in court
 2            proceedings.  There is a distinction.  And
 3            here, as you know, there is no judge present.
 4            But your testimony should still be the same as
 5            whether or not you're in court or not.
 6                 You can only testify to what you can
 7            remember and relate to us today.  Your counsel
 8            may object to a question.  If he does so you
 9            still must answer the question to the best of
10            your ability, unless he instructs you
11            otherwise.
12                 So with that being said, do you
13            understand those basic ground rules?
14   A    I do.
15   Q    Can you briefly provide us with your
16            educational background and your employment
17            history at the BOP?
18   A    Sure.  I graduated with a Ph.D. in counseling
19            psychology from University of Akron, which is
20            accredited.  And I've been working with the
21            Bureau -- actually had my internship with the
22            Bureau in 2014, '15 out in Terminal Island,
23            California.  So I was an intern for about a
24            year.  And then I was hired on as a drug
25            treatment specialist out in Fairton, New
```

```
 1          Jersey, and finished my dissertation.  About a
 2          year and a half ago got this position at
 3          Elkton and here I am as a staff psychologist.
 4     Q    And are you registered in the State of Ohio as
 5          a psychologist?
 6     A    What do you mean by registered?
 7     Q    Licensed.  I'm sorry.
 8     A    I am not yet licensed.
 9     Q    You're in the process of that?
10     A    Uh-huh.
11     Q    Okay.  Oh, I forgot to mention to you, you
12          have to answer yes or no.  Um-hum doesn't --
13     A    Oh, yes.
14     Q    I'm sorry.  That was my fault.
15               Are you aware that your testimony
16          today is protected to the extent that neither
17          Kellie nor me nor the government or anyone
18          else can retaliate against you for testifying
19          or participating in this case?
20               MR. FELDON:       Object to the form.
21          Calls for a legal conclusion.
22     Q    So again, your attorney is objecting for the
23          record.  There is no judge here to make a
24          determination, but you need to answer the
25          question unless he tells you not to answer,
```

```
 1        okay?
 2   A    Okay.  So the question was do I understand?
 3   Q    Right.  Well I can -- do you want me to
 4        rephrase it?
 5   A    Please.
 6   Q    Yeah.  Are you aware that your testimony today
 7        is considered to be protected activity under
 8        the law?
 9             MR. FELDON:       Same objection.
10   A    Yes.
11   Q    And you're aware that since it's protected
12        that neither the government nor anyone else
13        can retaliate against you for testifying today
14        or for participating in this case in any
15        manner?
16             MR. FELDON:       Same objection.
17   A    Yes.
18   Q    How long have you treated Kellie?
19   A    Approximately one year.
20   Q    Has she been compliant with your treatment?
21   A    Yes, she has.
22   Q    How often do you see her?
23   A    At least once monthly.
24   Q    One of the other things -- I apologize for not
25        explaining this to you, if I ask you a
```

8

```
 1        question like that you can just say
 2        approximately.  You don't need to know exact
 3        dates, times and places.
 4   A    Okay.
 5   Q    Within a reasonable degree of certainty in
 6        your field do you believe that Kellie suffers
 7        from severe gender dysphoria symptoms?
 8             MR. FELDON:         Objection.  Object to
 9        form.  You can answer.
10   A    Yes.
11   Q    And your specialty again is psychology; is
12        that correct?
13   A    It is, yes.
14   Q    So I'm going to ask you these questions within
15        a reasonable degree of psychological
16        certainty.  Do you believe that Kellie suffers
17        from severe dysphoria symptoms?
18   A    Yes.
19   Q    Are those symptoms persistent and well
20        documented?
21   A    Yes.
22   Q    Within a reasonable degree of psychological
23        certainty has Kellie exhibited clinical levels
24        of distress?
25   A    Yes.
```

```
 1   Q    And within a reasonable degree of
 2        psychological certainty has Kellie exhibited
 3        immediate urges on occasion to self-castrate?
 4             MR. FELDON:        Objection.  I'm going
 5        to instruct you not to answer.  Counsel, that
 6        would require her to disclose communications
 7        from your client, and as discussed previously,
 8        your client is not waiving privileged
 9        communications, so I'm going to instruct the
10        witness not to answer.
11             MR. ICOVE:         Right.  I don't
12        consider documents that are in the file
13        waiver, I consider privileged information to
14        be what they personally talked about.
15             MR. FELDON:        If you can ask her
16        about her document, you can ask her about her
17        document.
18   Q    Okay.  Have you viewed documents in Kellie's
19        file that have indicated that she has on
20        occasion wanted to self-castrate?
21   A    Yes.
22   Q    Have you reviewed documents in her file that
23        indicate that she no longer wants to live with
24        her male genitalia?
25   A    Yes.
```

```
1   Q    Within a reasonable degree of psychological
2        certainty does Kellie have the capacity to
3        make a fully informed decision and to consent
4        for treatment?
5   A    Yes.
6             THE WITNESS:    Can I ask to pause for
7        a second?  I've been asked to call the unit.
8             MR. ICOVE:         Certainly.  No
9        problem. Let's go off the record.
10                 (Short recess.)
11            MR. ICOVE:        Back on the record.
12  By Mr. Icove:
13  Q    Thank you for taking care of that.  I hope
14       that she'll join us soon.
15            Within a reasonable degree of
16       psychological certainty and based on the
17       documents that you've seen, is her mental
18       health well controlled?
19  A    Yes.
20  Q    And within a reasonable degree of
21       psychological certainty has Kellie had 12
22       consecutive months of hormonal therapy as
23       appropriate to her female gender goals?
24            MR. FELDON:        Object to the form.
25  A    Yes.
```

```
1    Q    Within a reasonable degree of psychological
2         certainty has Kellie had continuous months --
3         strike that.
4              Within a reasonable degree of medical
5         -- of psychological certainty has Kellie had
6         12 continuous months of living in a female
7         gender role?
8    A    Yes.
9    Q    Within a reasonable degree of psychological
10        certainty has Kellie done everything she can
11        do to benefit from your treatment?
12             MR. FELDON:      Object to the form.
13        Vague.
14   A    Yes.
15   Q    Is it fair to say that from the review of the
16        records that she has received approximately
17        six years of hormone replacement therapy?
18   A    I can't say about six years.
19   Q    How many years can you say, approximately?
20   A    Approximately one.
21   Q    And that's the year that you've treated her?
22             MR. FELDON:      Objection.
23   A    Yes.
24   Q    And that's why you limit it to one?
25   A    Yes.
```

```
1   Q    Is it fair to say that she has received
2        approximately six years of psychotherapy?
3   A    I can't say.
4   Q    And again, it's fair to say that she's
5        received at least one year of psychotherapy
6        from you?
7   A    Yes.
8   Q    Within a reasonable degree of psychological
9        certainty is it fair to say that Kellie has
10       only experienced minimum relief from her
11       therapy?
12            MR. FELDON:       Object to the form.
13       Vague.
14  Q    Do you understand the question?  I'm sorry.
15  A    I do understand the question.  I'm mulling
16       over minimal.
17  Q    Okay.  Well, can you tell us within a
18       reasonable degree of psychological certainty
19       how much relief she has experienced from her
20       therapy with you?
21  A    I would say moderate.
22  Q    Within a reasonable degree of psychological
23       certainty if Kellie is denied or further
24       delayed the gender-reaffirming surgery that
25       she is seeking do you believe it would affect
```

```
 1        her?
 2               MR. FELDON:        Objection.  Calls for
 3        speculation.
 4               THE WITNESS:       Do I answer now?
 5   Q    Yes, please.
 6   A    Yes.
 7   Q    And within a reasonable degree of
 8        psychological certainty do you believe that
 9        Kellie would benefit emotionally from the
10        gender-reaffirming surgery that she's seeking?
11               MR. FELDON:        Objection.  Calls for
12        speculation.
13   A    Yes.
14   Q    Do you have an opinion as to whether or not
15        the gender-reaffirming surgery that Kellie is
16        seeking is emotionally a medical necessity?
17               MR. FELDON:        Objection.  Calls for
18        opinion testimony.  This witness is not here
19        as an expert.
20               THE WITNESS:       Can I still answer?
21   Q    Yes, please.
22   A    Yes.
23   Q    Do you believe that gender-reaffirming surgery
24        is emotionally a medical necessity for Kellie?
25               MR. FELDON:        Objection.  Calls for
```

1    speculation.  Again this witness is here as a

2    fact witness and not an expert.

3  A  Yes.

4  Q  In your position as Kellie's psychologist, do

5    you believe that based upon your treatment

6    that gender-affirming surgery is emotionally a

7    medical necessity for her?

8        MR. FELDON:       Objection.  Calls for

9    opinion.

10 A  Yes.

11 Q  Have you reviewed Kellie's recent HRT levels?

12 A  No.

13 Q  Did you review the level that was in her file

14   that's dated June 15, 2021 of 252 pg/ml?

15       MR. FELDON:       Objection.  Asked and

16   answered.  Counsel, she already said she

17   didn't know the levels.

18 Q  Can you answer the question?

19 A  No.

20 Q  Okay.  Ms. Cavalier, I have any further

21   questions of you today.  I want to thank you

22   very much for taking the time out of your day

23   to talk to us.

24       You have the right to review the

25   deposition when it's written up, and your

15

```
1        attorney will explain to you his advice.
2        Thank you.
3   A    Thank you.
4              MR. FELDON:        For the record, we'll
5        read and sign.
6              MR. ICOVE:         Great.
7              (Deposition concluded at 9:21 a.m.)
8              (Signature not waived.)
9                        - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        SIGNATURE PAGE

 2    Case Name:      Tony Fisher, etc. vs. Federal Bureau
                        of Prisons, et al.
 3

 4    Case Number:   4:19CV1169

 5    Deponent:      Bethanie Cavalier.

 6    Date:          Friday, July 23, 2021

 7    To the Reporter:

 8         I have read the entire transcript of my

 9    Deposition taken in the captioned matter or the same

10    has been read to me.  I request that the following

11    changes be entered upon the record for the reasons

12    indicated.

13         I have signed my name to the Errata Sheet and

14    the appropriate Certificate and authorize you to

15    attach both to the original transcript.

16

17

18

19                         _____

20                         Bethanie Cavalier

21         Subscribed and sworn to before me this

22    _____day of _____, 2021.

23

24                         _____
                           Notary Public

25    My commission expires:_____.
```

```
1    I have read the foregoing transcript from page 1

2    through page 15 and note the following corrections:

3    PAGE-LINE      REQUESTED CHANGE      REASON FOR CHANGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   _____    _____
25   Bethanie Cavalier                     Date
```

18

```
 1   State of Ohio,          )
                             ) SS:  CERTIFICATE
 2   County of Cuyahoga,     )

 3        I, Karen A. Toth, Notary Public in and for the

 4   State of Ohio, duly commissioned and qualified, do

 5   hereby certify that the within named witness,

 6   Bethanie Cavalier, was by me first duly sworn to

 7   testify the truth, the whole truth, and nothing but

 8   the truth in the cause aforesaid; that the testimony

 9   then given by her was by me reduced to

10   stenotypy/computer in the presence of said witness,

11   afterward transcribed, and that the foregoing is a

12   true and correct transcript of the testimony so

13   given by her as aforesaid.

14        I do further certify that this deposition was

15   taken at the time and place in the foregoing caption

16   specified and was completed without adjournment

17        I do further certify that I am not a relative,

18   counsel, or attorney of either party, or otherwise

19   interested in the event of this action.

20        IN WITNESS WHEREOF, I have hereunto set my

21   hand and affixed my seal of office at Cleveland,

22   Ohio on this 6th day of August, 2021.

23        _____

24        Karen A. Toth, Notary Public in
          and for the State of Ohio.
25        My Commission expires May 6, 2023.
```

Case: 4:19-cv-01169-SL  Doc #: 57  Filed: 08/27/21  21 of 23.  PageID #: 920

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

Bethanie Cavalier
July 23, 2021

## A

**ability (1)**
5:10
**accredited (1)**
5:20
**activity (1)**
7:7
**actually (1)**
5:21
**advice (1)**
15:1
**affect (1)**
12:25
**again (4)**
6:22;8:11;12:4;
14:1
**against (3)**
4:10;6:18;7:13
**age (1)**
4:2
**ago (1)**
6:2
**aka (1)**
4:8
**Akron (1)**
5:19
**answered (1)**
14:16
**apologize (1)**
7:24
**appropriate (1)**
10:23
**Approximately (6)**
7:19;8:2;11:16,19,
20;12:2
**attorney (2)**
6:22;15:1
**aware (3)**
6:15;7:6,11

## B

**Back (1)**
10:11
**background (1)**
5:16
**based (2)**
10:16;14:5
**basic (1)**
5:13
**Basically (1)**
4:25
**benefit (2)**
11:11;13:9
**best (1)**
5:9
**BETHANIE (1)**
4:1
**BOP (2)**
4:10;5:17
**briefly (1)**

5:15
**Bureau (2)**
5:21,22

## C

**California (1)**
5:23
**call (1)**
10:7
**Calls (6)**
6:21;13:2,11,17,
25;14:8
**can (16)**
5:6,6,15;6:18;7:3,
13;8:1,9;9:15,16;
10:6;11:10,19;12:17;
13:20;14:18
**capacity (1)**
10:2
**care (1)**
10:13
**case (5)**
4:9,12,13;6:19;
7:14
**CAVALIER (4)**
4:1,17,18;14:20
**Certainly (1)**
10:8
**certainty (14)**
8:5,16,23;9:2;10:2,
16,21;11:2,5,10;12:9,
18,23;13:8
**certified (1)**
4:3
**check (1)**
4:21
**client (2)**
9:7,8
**clinical (1)**
8:23
**communications (2)**
9:6,9
**compliant (1)**
7:20
**concluded (1)**
15:7
**conclusion (1)**
6:21
**consecutive (1)**
10:22
**consent (1)**
10:3
**consider (2)**
9:12,13
**considered (1)**
7:7
**continuous (2)**
11:2,6
**controlled (1)**
10:18
**Corrections (1)**
4:10

**counsel (3)**
5:7;9:5;14:16
**counseling (1)**
5:18
**Court (5)**
4:15,23,25;5:1,5
**CROSS-EXAMINATION (1)**
4:5

## D

**dated (1)**
14:14
**dates (1)**
8:3
**day (1)**
14:22
**decision (1)**
10:3
**degree (14)**
8:5,15,22;9:1;10:1,
15,20;11:1,4,9;12:8,
18,22;13:7
**delayed (1)**
12:24
**denied (1)**
12:23
**deposed (1)**
4:22
**deposition (2)**
14:25;15:7
**depositions (1)**
5:1
**determination (1)**
6:24
**disclose (1)**
9:6
**discussed (1)**
9:7
**dissertation (1)**
6:1
**distinction (1)**
5:2
**distress (1)**
8:24
**District (2)**
4:15,15
**Division (1)**
4:16
**document (2)**
9:16,17
**documented (1)**
8:20
**documents (4)**
9:12,18,22;10:17
**done (1)**
11:10
**double (1)**
4:21
**drug (1)**
5:24
**duly (1)**
4:2

**dysphoria (2)**
8:7,17

## E

**Eastern (1)**
4:16
**Ed (1)**
4:7
**educational (1)**
5:16
**Elkton (2)**
4:11;6:3
**else (1)**
6:18;7:12
**emotionally (4)**
13:9,16,24;14:6
**employment (1)**
5:16
**exact (1)**
8:2
**examined (1)**
4:3
**exhibited (2)**
8:23;9:2
**experienced (2)**
12:10,19
**expert (1)**
13:19;14:2
**explain (1)**
15:1
**explaining (1)**
7:25
**extent (1)**
6:16

## F

**fact (1)**
14:2
**fair (4)**
11:15;12:1,4,9
**Fairton (1)**
5:25
**fault (1)**
6:14
**Federal (1)**
4:10
**FELDON (17)**
6:20;7:9,16;8:8;
9:4,15;10:24;11:12,
22;12:12;13:2,11,17,
25;14:8,15;15:4
**female (2)**
10:23;11:6
**field (1)**
8:6
**file (4)**
9:12,19,22;14:13
**finished (1)**
6:1
**first (1)**
4:2

**Fisher (1)**
4:8
**follows (1)**
4:4
**forgot (1)**
6:11
**form (5)**
6:20;8:9;10:24;
11:12;12:12
**formalities (1)**
4:25
**fully (1)**
10:3
**further (2)**
12:23;14:20

## G

**gender (3)**
8:7;10:23;11:7
**gender-affirming (1)**
14:6
**gender-reaffirming (4)**
12:24;13:10,15,23
**genitalia (1)**
9:24
**goals (1)**
10:23
**Good (1)**
4:7
**government (2)**
6:17;7:12
**graduated (1)**
5:18
**Great (1)**
15:6
**ground (1)**
5:13

## H

**half (1)**
6:2
**health (1)**
10:18
**hereinafter (1)**
4:3
**hired (1)**
5:24
**history (1)**
5:17
**hope (1)**
10:13
**hormonal (1)**
10:22
**hormone (1)**
11:17
**HRT (1)**
14:11

## I

**Icove (7)**

Case: 4:19-cv-01169-SL  Doc #: 57  Filed:  08/27/21  22 of 23.  PageID #: 921

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

Bethanie Cavalier
July 23, 2021

4:6,7;9:11;10:8,11,
12;15:6
**immediate (1)**
9:3
**indicate (1)**
9:23
**indicated (1)**
9:19
**information (1)**
9:13
**informed (1)**
10:3
**Institution (1)**
4:11
**instruct (2)**
9:5,9
**instructs (1)**
5:10
**intern (1)**
5:23
**internship (1)**
5:21
**Island (1)**
5:22

## J

**Jersey (1)**
6:1
**join (1)**
10:14
**judge (2)**
5:3;6:23
**June (1)**
14:14

## K

**Kellie (18)**
4:8,9;6:17;7:18;
8:6,16,23;9:2;10:2,
21;11:2,5,10;12:9,23;
13:9,15,24
**Kellie's (3)**
9:18;14:4,11

## L

**last (2)**
4:18,21
**law (1)**
7:8
**lawful (1)**
4:2
**least (2)**
7:23;12:5
**legal (1)**
6:21
**level (1)**
14:13
**levels (3)**
8:23;14:11,17
**Licensed (2)**

6:7,8
**limit (1)**
11:24
**live (1)**
9:23
**living (1)**
11:6
**long (1)**
7:18
**longer (1)**
9:23

## M

**male (1)**
9:24
**manner (1)**
7:15
**many (1)**
11:19
**may (1)**
5:8
**mean (1)**
6:6
**medical (4)**
11:4;13:16,24;14:7
**mental (1)**
10:17
**mention (1)**
6:11
**mine (1)**
4:21
**minimal (1)**
12:16
**minimum (1)**
12:10
**moderate (1)**
12:21
**monthly (1)**
7:23
**months (3)**
10:22;11:2,6
**morning (1)**
4:7
**much (2)**
12:19;14:22
**mulling (1)**
12:15
**must (1)**
5:9

## N

**name (4)**
4:7,12,18,21
**necessity (3)**
13:16,24;14:7
**need (2)**
6:24;8:2
**neither (2)**
6:16;7:12
**New (1)**
5:25

**nor (3)**
6:17,17;7:12
**Northern (1)**
4:15
**number (1)**
4:13

## O

**object (6)**
5:8;6:20;8:8;
10:24;11:12;12:12
**objecting (1)**
6:22
**objection (11)**
7:9,16;8:8;9:4;
11:22;13:2,11,17,25;
14:8,15
**occasion (2)**
9:3,20
**off (1)**
10:9
**often (1)**
7:22
**Ohio (2)**
4:15;6:4
**once (1)**
7:23
**one (5)**
7:19,24;11:20,24;
12:5
**only (2)**
5:6;12:10
**opinion (3)**
13:14,18;14:9
**otherwise (1)**
5:11
**out (3)**
5:22,25;14:22
**over (1)**
12:16

## P

**participating (2)**
6:19;7:14
**pause (1)**
10:6
**pending (1)**
4:14
**persistent (1)**
8:19
**personally (1)**
9:14
**pg/ml (1)**
14:14
**PhD (1)**
5:18
**places (1)**
8:3
**Please (3)**
7:5;13:5,21
**position (2)**

6:2;14:4
**present (1)**
5:3
**presently (1)**
4:14
**previously (1)**
9:7
**privileged (2)**
9:8,13
**problem (1)**
10:9
**proceedings (1)**
5:2
**process (1)**
6:9
**pronounce (1)**
4:17
**protected (3)**
6:16;7:7,11
**provide (1)**
5:15
**psychological (13)**
8:15,22;9:2;10:1,
16,21;11:1,5,9;12:8,
18,22;13:8
**psychologist (3)**
6:3,5;14:4
**psychology (2)**
5:19;8:11
**psychotherapy (2)**
12:2,5

## R

**read (2)**
4:13;15:5
**reasonable (14)**
8:5,15,22;9:1;10:1,
15,20;11:1,4,9;12:8,
18,22;13:7
**received (2)**
11:16;12:1,5
**recent (1)**
14:11
**recess (1)**
10:10
**record (4)**
6:23;10:9,11;15:4
**records (1)**
11:16
**referring (1)**
4:9
**registered (2)**
6:4,6
**Rehanna (1)**
4:8
**relate (1)**
5:7
**relief (2)**
12:10,19
**remember (1)**
5:7
**rephrase (1)**

7:4
**replacement (1)**
11:17
**represent (1)**
4:8
**require (1)**
9:6
**required (1)**
5:1
**retaliate (2)**
6:18;7:13
**review (3)**
11:15;14:13,24
**reviewed (2)**
9:22;14:11
**Right (3)**
7:3;9:11;14:24
**role (1)**
11:7
**rules (1)**
5:13

## S

**same (3)**
5:4;7:9,16
**second (1)**
10:7
**seeking (3)**
12:25;13:10,16
**self-castrate (2)**
9:3,20
**severe (2)**
8:7,17
**Short (1)**
10:10
**sign (1)**
15:5
**Signature (1)**
15:8
**six (3)**
11:17,18;12:2
**soon (1)**
10:14
**sorry (3)**
6:7,14;12:14
**specialist (1)**
5:25
**specialty (1)**
8:11
**speculation (3)**
13:3,12;14:1
**staff (1)**
6:3
**State (1)**
6:4
**States (1)**
4:14
**still (3)**
5:4,9;13:20
**strike (1)**
11:3
**suffers (2)**

Case: 4:19-cv-01169-SL  Doc #: 57  Filed:  08/27/21  23 of 23.  PageID #: 922

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

Bethanie Cavalier
July 23, 2021

8:6,16
**sure (2)**
    4:20;5:18
**surgery (5)**
    12:24;13:10,15,23;
    14:6
**sworn (1)**
    4:2
**symptoms (3)**
    8:7,17,19

## T

**talk (1)**
    14:23
**talked (1)**
    9:14
**tells (1)**
    6:25
**Terminal (1)**
    5:22
**testified (2)**
    4:3,23
**testify (1)**
    5:6
**testifying (2)**
    6:18;7:13
**testimony (4)**
    5:4;6:15;7:6;13:18
**therapy (4)**
    10:22;11:17;12:11,
    20
**times (1)**
    8:3
**today (5)**
    5:7;6:16;7:6,13;
    14:21
**Tony (1)**
    4:8
**treated (2)**
    7:18;11:21
**treatment (5)**
    5:25;7:20;10:4;
    11:11;14:5

## U

**Um-hum (1)**
    6:12
**under (1)**
    7:7
**unit (1)**
    10:7
**United (1)**
    4:14
**University (1)**
    5:19
**unless (2)**
    5:10;6:25
**up (1)**
    14:25
**upon (1)**
    14:5

**urges (1)**
    9:3

## V

**Vague (2)**
    11:13;12:13
**viewed (1)**
    9:18

## W

**waived (1)**
    15:8
**waiver (1)**
    9:13
**waiving (1)**
    9:8
**wants (1)**
    9:23
**Within (14)**
    8:5,14,22;9:1;10:1,
    15,20;11:1,4,9;12:8,
    17,22;13:7
**witness (7)**
    9:10;10:6;13:4,18,
    20;14:1,2
**working (1)**
    5:20
**written (1)**
    14:25

## Y

**year (5)**
    5:24;6:2;7:19;
    11:21;12:5
**years (4)**
    11:17,18,19;12:2

## 1

**12 (2)**
    10:21;11:6
**15 (2)**
    5:22;14:14

## 2

**2014 (1)**
    5:22
**2021 (1)**
    14:14
**252 (1)**
    14:14

## 4

**4:19CV1169 (1)**
    4:13

## 9

**9:21 (1)**
    15:7