UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TONY FISHER, aka KELLIE REHANNA, | ) ) ) ) | CASE NO.: 4:19-CV-1169 |
| Plaintiff, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | NOTICE OF FILING THE DEPOSITON OF JOHN DUNLOP, M.D. |
| FEDERAL BUREAU OF PRISONS, *et al.,* | ) ) ) | |
| Defendants. | ) | |

Plaintiff, Tony Fisher, aka Kellie Rehanna, by and through counsel, hereby notifies this

Court and Defendants that the deposition of John Dunlop, M.D. that was taken on July 30, 2021

(attached hereto) has been filed in this case.

Respectfully submitted,

*/s/Edward A. Icove*
Edward A. Icove (0019646)
Icove Legal Group, Ltd.
Terminal Tower, Ste. 3220
50 Public Square
Phone (216) 802-0000; Fax (216) 802-0002
ed@icovelegal.com
Attorney for Plaintiff Tony Fisher,
aka Kellie Rehanna

## CERTIFICATE OF SERVICE

On August 27, 2021, this document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this through the Court's system.

*/s/ Edward A. Icove*
Edward A. Icove

```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                  EASTERN DIVISION

 3                     - - -

 4   Tony Fisher, aka          )
     Kellie Rehanna,           )
 5                             )
                 Plaintiff,    )
 6                             )
          vs.                  )  Case No. 4:19CV1169
 7                             )  Sara Lioi, J.
     Federal Bureau of         )
 8   Prisons, et al.,          )
                               )
 9               Defendants.   )

10                     - - -

11        Deposition of John Dunlop, M.D., a witness

12   herein, called on behalf of the plaintiff for oral

13   examination, pursuant to the Federal Rules of Civil

14   Procedure, taken before Karen A. Toth, Notary Public

15   in and for the State of Ohio, pursuant to notice,

16   via Zoom, on Friday, July 30, 2021, commencing at

17   9:01 a.m.

18                     - - -

19

20

21

22

23

24

25
```

2

```
 1   APPEARANCES:

 2  On behalf of the Plaintiff:

 3          Ed Icove, Esq.
            Icove Legal Group LTD
 4          Terminal Tower
            500 Public Square, Suite 3320
 5          Cleveland, Ohio 44113
            216-802-0000
 6

 7  On behalf of the Defendants:

 8          Gary Feldon, Esq.
            Joshua Gardner, Esq.
 9          United States Department of Justice
            Civil Division, Federal Programs Branch
10          1100 L Street NW
            Room 11502
11          Washington, D.C. 20005
            202-305-7583
12

13  Also present:

14          Kellie Rehanna

15                      -  -  -

16

17

18

19

20

21

22

23

24

25
```

```
 1                          INDEX

 2   WITNESS:                            CROSS

 3   John Dunlop, M.D.

 4        by Mr. Icove                     4

 5                        -  -  -

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    JOHN DUNLOP, M.D.
 2   Of lawful age, being first duly sworn, as
 3   hereinafter certified, was examined and testified as
 4   follows:
 5                MR. ICOVE:    For the record, will the
 6           government stipulate that the oath that was
 7           just given by the court reporter via Zoom is
 8           sufficient as far as the law is concerned?
 9                MR. FELDON:      Yes.
10                MR. ICOVE:       Thank you.
11                    CROSS-EXAMINATION
12   By Mr. Icove:
13   Q     Good morning, Doctor.  Thanks for taking time
14         out of your schedule.  My name is Ed Icove and
15         I represent Tony Fisher, aka Kellie Rehanna
16         who I will be referring to as Kellie.
17                Can you hear me okay?
18   A     Yes.
19   Q     Good.  If there is a time where you can't, you
20         know, this is informal in certain respects,
21         feel free to mention I can't hear you or I
22         don't understand you or please rephrase the
23         question.
24   A     Yes, sir.
25   Q     Kellie filed this case against the BOP and the
```

1         Federal Correction Institution Elkton in case

2         number 4:19CV1169, and it's presently pending

3         in the United States District Court, Northern

4         District of Ohio, Eastern Division.  Today's

5         date is July the 30th.

6                   You are here today to testify as to

7         what you can remember, relate to us regarding

8         Kellie and her treatment; is that fair to say?

9    A    Yes.

10   Q    Have you ever testified in deposition before?

11   A    Yes.

12   Q    Have you ever testified in court before?

13   A    Yes.

14   Q    You understand that your testimony today is

15        the same as if you were in court except that

16        no judge is present?  And your counsel may

17        object to a question, and since there is no

18        judge any objection will have to be

19        considered, if necessary, by the court.  And

20        if your counsel objects you still must answer

21        the question to the best of your ability,

22        unless he instructs you otherwise.  Do you

23        understand that?

24   A    Yes.

25   Q    Great.  What types of cases have you testified

```
 1          before at deposition or in court?
 2   A      It was an infectious disease case.
 3   Q      It was a case brought by an inmate against the
 4          government?
 5   A      No, this was an emergency department case 15
 6          years ago.
 7   Q      Okay.  That's a while.  Could you briefly tell
 8          us what your positions have been at the BOP?
 9   A      My positions?
10   Q      Yes.
11   A      Clinical director.
12   Q      When were you hired as a clinical director?
13   A      October 2010.
14   Q      Could you briefly provide me with your
15          educational background and your education?
16   A      Medical school in Philadelphia, PCLM.  Did a
17          rotating internship at Warren General
18          Hospital; internal medicine residency, three
19          years at St. Elizabeth's Hospital.  Starting
20          work in the emergency department during my
21          residency and eventually grandfathered in to
22          be certified in emergency medicine and worked
23          for 20-some years in the emergency department.
24   Q      What hospital was that?
25   A      Where the residency was?  St. Elizabeth's.
```

| | | |
|---|---|---|
| 1 | Q | And where did you work in the emergency room? |
| 2 | A | I worked at St. Elizabeth's, I worked at |
| 3 | | St. Joe's and I worked at another St. Joe's in |
| 4 | | Parkersburg, and then eventually Lake West |
| 5 | | Health Systems up in Willoughby, in Ohio. |
| 6 | | Always for the same -- usually for the same |
| 7 | | group. |
| 8 | Q | Besides being board certified in emergency |
| 9 | | medicine are you board certified in any other |
| 10 | | medicine? |
| 11 | A | Right now I'm only certified in correctional |
| 12 | | health. |
| 13 | Q | Correctional health? |
| 14 | A | Yeah.  Internal medicine, emergency medicine |
| 15 | | both have expired. |
| 16 | Q | Is that a special area to be certified in?  I |
| 17 | | never heard of that before. |
| 18 | A | It's NCCHC.  It's just a -- you know, we took |
| 19 | | a test, but it's not really -- it's not like |
| 20 | | being certified in internal medicine or |
| 21 | | emergency medicine. |
| 22 | Q | In preparing for your deposition today what |
| 23 | | documents did you review? |
| 24 | A | The transgender offender manual and medical |
| 25 | | management of transgender inmates. |

```
 1   Q    Were you familiar with those documents prior
 2        to today?
 3   A    Yes.
 4   Q    When you were in, I'm going to call it private
 5        practice because it's not for the government,
 6        did you ever treat anybody with gender
 7        dysphoria?
 8   A    I didn't treat -- not in the emergency
 9        department.  I mean, my private practice was
10        mainly emergency medicine.
11   Q    Right.  Have you been involved in gender
12        dysphoria treatments when working for the BOP?
13   A    Yes.
14   Q    And what capacity is that?
15   A    Seeing patients and writing their
16        prescriptions.
17   Q    What kind of prescriptions do you write?
18   A    Usually estrogen and Spironolactone are the
19        most common.
20   Q    Approximately how many patients do you see?
21   A    Oh, we don't have too many.  I don't know the
22        exact number.
23   Q    Is it around -- is it fair to say it's around
24        50 or so?
25   A    No, not near that.
```

```
 1   Q    Okay.  So it would be just a ballpark -- and I
 2        don't want you to guess -- ten to 20?
 3   A    Could be.  Maybe ten.
 4   Q    So without giving up any -- I don't want to
 5        ask any privileged information about Kellie or
 6        anybody else, but to what extent have you been
 7        involved in gender dysphoria treatment?
 8   A    Well, I take care of probably ten people.  I
 9        see them -- I may see one a month.  It's not
10        like diabetes or, you know.
11   Q    Right.  It's not like you need to see somebody
12        once a week?
13   A    Right.
14   Q    Do you receive any -- or have you received any
15        training regarding gender dysphoria?
16   A    Only from the BOP in the clinical practice
17        guideline regarding medical management of
18        transgender inmates.
19   Q    And those are the documents that you
20        identified for the record prior to this?
21   A    Yeah.  Yes.
22   Q    What kind of training have you received?
23   A    Just reading that document.
24   Q    Okay.  Have you gone to any seminars or any
25        other kinds of presentations that have been
```

```
 1          put on by the BOP or in the outside community?
 2    A     No.
 3    Q     Could you briefly state what your job duties
 4          are as clinical director?
 5    A     Well, see patients mostly.  Used to see a lot
 6          of patients before COVID, but, you know;
 7          certifying all the doctors that used to come
 8          in here, credentialing them, credentialing my
 9          other doctor that's with me, we run meetings,
10          pharmacy meetings, stuff like that.
11    Q     Do you approve or recommend surgeries for
12          people that have physical problems such as
13          cancer or a neck problem or cataract surgery?
14              MR. FELDON:        Object to the form.
15    A     A lot of those are referred to the region.
16          Especially -- unless it's -- like general
17          surgery, the doctors do come in, and so we
18          would approve a general surgery -- some
19          general surgery cases.  But cataracts used to
20          -- they'd have to go to the region.
21    Q     So what type of general surgeries do you
22          approve; just in general off the top of your
23          head?
24    A     Hernias.
25    Q     Anything else you recall?
```

```
1   A    Well, for emergencies we approve them for the
2        emergency department and then the surgeon sees
3        them in the hospital.
4   Q    What type of surgeries are we talking?
5   A    There were approved colonoscopies.  If you had
6        an emergent acute cholecystitis they would end
7        up in the emergency department.
8   Q    Anything else that you can think of as we sit
9        here today?
10            MR. FELDON:        Object to the form.
11  A    No.
12  Q    What type of surgeries would be referred to
13       the region?
14  A    Well, sex reassignment would be referred to
15       the region.  We used to refer all cataract
16       surgeries, but lately with COVID we've been
17       just approving them.  But like we can't do
18       hips.  Hip surgery has to be referred to the
19       region.  Knee surgery has to be referred to
20       the region.  So those people get transferred
21       out if they're approved.  Surgeries that we
22       can't do around here, they would be referred
23       to the region.
24  Q    Would a SRS be referred to the region and the
25       surgery done someplace else besides Elkton?
```

```
 1           MR. FELDON:        Object to form.
 2   A    That would be referred.
 3   Q    Have you ever approved or recommended any
 4        gender-affirming surgery for any inmate at the
 5        BOP?
 6   A    We referred one case to the region.
 7   Q    And when you say you referred one case to the
 8        region, did you make a recommendation
 9        regarding that one case?  I don't need to know
10        the person's name.
11   A    We don't make recommendations.  You know, we
12        just state the facts.
13   Q    And can you give me an example of what type of
14        memo or facts you would provide to the region?
15   A    For sex reassignment surgery, you know, we
16        would get the facts of what medicines they're
17        on and the fact that they want to have sex
18        reassignment surgery.
19   Q    Is there anything else that you can recall as
20        we sit here today?
21   A    I can't recall anything else.
22   Q    Do you recall whether Kellie's request was
23        ever referred to the region?
24   A    Yes, I recall that.
25   Q    It was referred?
```

```
 1   A     Yes, it was.
 2   Q     Is that the one case you were talking about?
 3   A     Yes.
 4   Q     And do you recall what happened to that
 5         particular request, to the best of your
 6         knowledge, as we sit here today?
 7   A     I believe it was denied.
 8   Q     But it's fair to say that wasn't your denial,
 9         that was the region's denial?
10   A     It was not our denial.  We referred it up.
11   Q     Did she meet the criteria for referral to the
12         region?
13   A     All surgery --
14              MR. FELDON:        Object.  I'm sorry.
15         I'm going to object.  This is calling for this
16         witness's opinion about the meaning of BOP
17         regs, so -- but you can go ahead and answer if
18         you know.
19              THE WITNESS:       Shall I answer?
20              MR. FELDON:        If you know.
21   A     All I can say is all surgeries that are not
22         done here are referred up.
23   Q     You had mentioned that there were a couple of
24         criteria that you used in forwarding sexual
25         reassignment surgeries to the region.  And did
```

```
 1          Kellie meet those particular criteria?
 2              MR. FELDON:        Object.  Misstates
 3          prior testimony and same objection with regard
 4          to this witness's opinion in connection with
 5          criteria.  You can answer if you know.
 6   A   Basically we refer up for sex reassignment
 7          surgery because the inmate requested it.
 8   Q   Did she meet the criteria for hormonal
 9          therapy?
10              MR. FELDON:        Same objection.
11   A   Yeah, basically that's a request also.  An
12          inmate requests transgender for the meds and
13          they are sent to the psychology department,
14          they diagnose them with gender dysphoria and
15          sends them back and then we're able to start
16          them.
17   Q   Are you familiar with gender dysphoria in the
18          sense that -- strike that.
19              If a person underwent gender-affirming
20          surgery, would it eliminate that person's
21          gender dysphoria?
22   A   I do not know.
23   Q   If a person underwent gender-affirming surgery
24          and the person was a male and then getting the
25          surgery, would it eliminate almost all of the
```

```
1           testosterone in her body?
2     A     We eliminate the testosterone within the body
3           with Spironolactone.
4     Q     That's a medication; is that correct?
5     A     Yes.
6     Q     If the gender dysphoria surgery went forward
7           would the dosage of that particular drug be
8           lowered?
9                 MR. FELDON:       Objection.  Calls for
10          speculation.
11    A     Yes, I think it would be not needed.
12    Q     Okay.  And let's go back to my prior question
13          because I really didn't understand the answer.
14          But if a man -- a hypothetical man underwent
15          gender-affirming surgery, is it fair to say
16          that a majority of the testosterone would be
17          eliminated?
18    A     Yes.
19    Q     And, is it fair to say that the testosterone
20          would be eliminated approximately in the 80
21          percent range?
22    A     Yes.
23    Q     Do you ever recall talking to Andrew
24          Schumacher, PA in January of 2018?
25    A     No.
```

| | | |
|---|---|---|
| 1 | Q | Okay.  Do you recall -- let me see if I can |
| 2 | | refresh your memory.  If I can't, that's fine |
| 3 | | too.  But did you have an opportunity to talk |
| 4 | | to Andrew Schumacher at all during your work |
| 5 | | at BOP? |
| 6 | | MR. FELDON:        Objection.  Lacks |
| 7 | | foundation. |
| 8 | Q | You got to answer the question, Doctor.  I'm |
| 9 | | sorry. |
| 10 | A | I just said yes. |
| 11 | Q | Do you recall talking with him about Kellie? |
| 12 | A | No. |
| 13 | Q | Do you recall talking to Kellie about her |
| 14 | | medical situation? |
| 15 | A | No. |
| 16 | Q | Do you see Kellie during the course of your |
| 17 | | employment at the BOP? |
| 18 | A | Yes.  But just meds, take vitals, order labs. |
| 19 | Q | And how often did that occur? |
| 20 | A | Maybe two times a year. |
| 21 | Q | Do you recall talking to Kellie after she |
| 22 | | filed her request for gender-affirming |
| 23 | | surgery? |
| 24 | A | No. |
| 25 | Q | Do you recall talking to her after she filed |

```
1        that request?
2   A    No.
3             MR. FELDON:        Objection.  Asked and
4        answered.
5   Q    Do you remember telling Kellie that nobody at
6        the BOP has gotten gender-affirming surgery?
7   A    No.
8   Q    Do you recall telling her that she would be
9        the first to get gender-affirming surgery if
10       it's approved by the BOP?
11  A    I don't remember that.
12  Q    Do you recall encouraging Kellie to keep doing
13       what she was doing in order to reach her goal
14       of getting gender-affirming surgery?
15  A    I do not remember that.
16  Q    Doctor, I don't have any questions.  Thank you
17       very much for coming in today and I'm glad
18       that we could accommodate your schedule, and
19       have a great weekend.
20            THE WITNESS:        Thanks a lot.
21            MR. ICOVE:          Gary, do you want to
22       mention for the record about waiver of
23       signature?
24            MR. FELDON:        We'll read and sign.
25            (Deposition concluded a 9:23 a.m.)
```

18

```
 1              SIGNATURE PAGE

 2   Case Name:    Tony Fisher, etc. vs. Federal Bureau
                     of Prisons, et al.
 3

 4   Case Number:  4:19CV1169

 5   Deponent:     John Dunlop, M.D.

 6   Date:         Friday, July 30, 2021

 7

 8   To the Reporter:

 9        I have read the entire transcript of my

10   Deposition taken in the captioned matter or the same

11   has been read to me.  I request that the following

12   changes be entered upon the record for the reasons

13   indicated.

14        I have signed my name to the Errata Sheet and

15   the appropriate Certificate and authorize you to

16   attach both to the original transcript.

17

18

19                    _____

20                    John Dunlop, M.D.

21        Subscribed and sworn to before me this

22   _____day of _____, 2021.

23

24                    _____
                      Notary Public

25   My commission expires:_____.
```

19

```
1    I have read the foregoing transcript from page 1

2    through page 17 and note the following corrections:

3    PAGE-LINE      REQUESTED CHANGE      REASON FOR CHANGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
     _____    _____
25   John Dunlop M.D.                   Date
```

```
 1   State of Ohio,          )
                             )  SS:   CERTIFICATE
 2   County of Cuyahoga,     )

 3        I, Karen A. Toth, Notary Public in and for the

 4   State of Ohio, duly commissioned and qualified, do

 5   hereby certify that the within named witness,

 6   John Dunlop, M.D., was by me first duly sworn to

 7   testify the truth, the whole truth, and nothing but

 8   the truth in the cause aforesaid; that the testimony

 9   then given by him was by me reduced to

10   stenotypy/computer in the presence of said witness,

11   afterward transcribed, and that the foregoing is a

12   true and correct transcript of the testimony so

13   given by him as aforesaid.

14        I do further certify that this deposition was

15   taken at the time and place in the foregoing caption

16   specified and was completed without adjournment

17        I do further certify that I am not a relative,

18   counsel, or attorney of either party, or otherwise

19   interested in the event of this action.

20        IN WITNESS WHEREOF, I have hereunto set my

21   hand and affixed my seal of office at Cleveland,

22   Ohio on this 5th day of August, 2021.

23
         Karen C. Toth
24       Karen A. Toth, Notary Public in
         and for the State of Ohio.
25       My Commission expires May 6, 2023.
```

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

John Dunlop, M.D.
July 30, 2021

13:16;16:5,17;17:6,
10
**both (1)**
7:15
**briefly (3)**
6:7,14;10:3
**brought (1)**
6:3

## C

**call (1)**
8:4
**calling (1)**
13:15
**Calls (1)**
15:9
**Can (9)**
4:17;5:7;11:8;
12:13,19;13:17,21;
14:5;16:1
**cancer (1)**
10:13
**capacity (1)**
8:14
**care (1)**
9:8
**case (9)**
4:25;5:1;6:2,3,5;
12:6,7,9;13:2
**cases (2)**
5:25;10:19
**cataract (2)**
10:13;11:15
**cataracts (1)**
10:19
**certain (1)**
4:20
**certified (7)**
4:3;6:22;7:8,9,11,
16,20
**certifying (1)**
10:7
**cholecystitis (1)**
11:6
**Clinical (4)**
6:11,12;9:16;10:4
**colonoscopies (1)**
11:5
**coming (1)**
17:17
**common (1)**
8:19
**community (1)**
10:1
**concerned (1)**
4:8
**concluded (1)**
17:25
**connection (1)**
14:4
**considered (1)**
5:19

## A

**ability (1)**
5:21
**able (1)**
14:15
**accommodate (1)**
17:18
**acute (1)**
11:6
**against (2)**
4:25;6:3
**age (1)**
4:2
**ago (1)**
6:6
**ahead (1)**
13:17
**aka (1)**
4:15
**almost (1)**
14:25
**Always (1)**
7:6
**Andrew (2)**
15:23;16:4
**answered (1)**
17:4
**approve (4)**
10:11,18,22;11:1
**approved (4)**
11:5,21;12:3;17:10
**approving (1)**
11:17
**Approximately (2)**
8:20;15:20
**area (1)**
7:16
**around (3)**
8:23,23;11:22

## B

**back (2)**
14:15;15:12
**background (1)**
6:15
**ballpark (1)**
9:1
**Basically (2)**
14:6,11
**Besides (2)**
7:8;11:25
**best (2)**
5:21;13:5
**board (2)**
7:8,9
**body (2)**
15:1,2
**BOP (11)**
4:25;6:8;8:12;
9:16;10:1;12:5;

**Correction (1)**
5:1
**correctional (2)**
7:11,13
**counsel (2)**
5:16,20
**couple (1)**
13:23
**course (1)**
16:16
**court (6)**
4:7;5:3,12,15,19;
6:1
**COVID (1)**
10:6;11:16
**credentialing (2)**
10:8,8
**criteria (3)**
13:11,24;14:1,5,8
**CROSS-EXAMINATION (1)**
4:11

## D

**date (1)**
5:5
**denial (3)**
13:8,9,10
**denied (1)**
13:7
**department (7)**
6:5,20,23;8:9;11:2,
7;14:13
**deposition (4)**
5:10;6:1;7:22;
17:25
**diabetes (1)**
9:10
**diagnose (1)**
14:14
**director (3)**
6:11,12;10:4
**disease (1)**
6:2
**District (2)**
5:3,4
**Division (1)**
5:4
**Doctor (4)**
4:13;10:9;16:8;
17:16
**doctors (2)**
10:7,17
**document (1)**
9:23
**documents (3)**
7:23;8:1;9:19
**done (2)**
11:25;13:22
**dosage (1)**
15:7
**drug (1)**
15:7

**duly (1)**
4:2
**DUNLOP (1)**
4:1
**during (3)**
6:20;16:4,16
**duties (1)**
10:3
**dysphoria (8)**
8:7,12;9:7,15;
14:14,17,21;15:6

## E

**Eastern (1)**
5:4
**Ed (1)**
4:14
**education (1)**
6:15
**educational (1)**
6:15
**eliminate (3)**
14:20,25;15:2
**eliminated (2)**
15:17,20
**Elizabeth's (3)**
6:19,25;7:2
**Elkton (2)**
5:1;11:25
**else (6)**
9:6;10:25;11:8,25;
12:19,21
**emergencies (1)**
11:1
**emergency (12)**
6:5,20,22,23;7:1,8,
14,21;8:8,10;11:2,7
**emergent (1)**
11:6
**employment (1)**
16:17
**encouraging (1)**
17:12
**end (1)**
11:6
**Especially (1)**
10:16
**estrogen (1)**
8:18
**eventually (2)**
6:21;7:4
**exact (1)**
8:22
**examined (1)**
4:3
**example (1)**
12:13
**except (1)**
5:15
**expired (1)**
7:15
**extent (1)**

9:6

## F

**fact (1)**
12:17
**facts (3)**
12:12,14,16
**fair (5)**
5:8;8:23;13:8;
15:15,19
**familiar (2)**
8:1;14:17
**far (1)**
4:8
**Federal (1)**
5:1
**feel (1)**
4:21
**FELDON (12)**
4:9;10:14;11:10;
12:1;13:14,20;14:2,
10;15:9;16:6;17:3,24
**filed (3)**
4:25;16:22,25
**fine (1)**
16:2
**first (2)**
4:2;17:9
**Fisher (1)**
4:15
**follows (1)**
4:4
**form (3)**
10:14;11:10;12:1
**forward (1)**
15:6
**forwarding (1)**
13:24
**foundation (1)**
16:7
**free (1)**
4:21

## G

**Gary (1)**
17:21
**gender (8)**
8:6,11;9:7,15;
14:14,17,21;15:6
**gender-affirming (8)**
12:4;14:19,23;
15:15;16:22;17:6,9,
14
**General (6)**
6:17;10:16,18,19,
21,22
**given (1)**
4:7
**giving (1)**
9:4
**glad (1)**

Case: 4:19-cv-01169-SL   Doc #: 60   Filed: 08/27/21   24 of 27.   PageID #: 1031

Tony Fisher, aka Kellie Rehanna vs.                                    John Dunlop, M.D.
Federal Bureau of Prisons, et al.                                          July 30, 2021

17:17
**goal (1)**
  17:13
**Good (2)**
  4:13,19
**government (3)**
  4:6;6:4;8:5
**grandfathered (1)**
  6:21
**Great (2)**
  5:25;17:19
**group (1)**
  7:7
**guess (1)**
  9:2
**guideline (1)**
  9:17

## H

**happened (1)**
  13:4
**head (1)**
  10:23
**Health (3)**
  7:5,12,13
**hear (2)**
  4:17,21
**heard (1)**
  7:17
**hereinafter (1)**
  4:3
**Hernias (1)**
  10:24
**Hip (1)**
  11:18
**hips (1)**
  11:18
**hired (1)**
  6:12
**hormonal (1)**
  14:8
**Hospital (4)**
  6:18,19,24;11:3
**hypothetical (1)**
  15:14

## I

**ICOVE (5)**
  4:5,10,12,14;17:21
**identified (1)**
  9:20
**infectious (1)**
  6:2
**informal (1)**
  4:20
**information (1)**
  9:5
**inmate (4)**
  6:3;12:4;14:7,12
**inmates (2)**
  7:25;9:18

**Institution (1)**
  5:1
**instructs (1)**
  5:22
**internal (3)**
  6:18;7:14,20
**internship (1)**
  6:17
**involved (2)**
  8:11;9:7

## J

**January (1)**
  15:24
**job (1)**
  10:3
**Joe's (2)**
  7:3,3
**JOHN (1)**
  4:1
**judge (2)**
  5:16,18
**July (1)**
  5:5

## K

**keep (1)**
  17:12
**Kellie (12)**
  4:15,16,25;5:8;9:5;
  14:1;16:11,13,16,21;
  17:5,12
**Kellie's (1)**
  12:22
**kind (2)**
  8:17;9:22
**kinds (1)**
  9:25
**Knee (1)**
  11:19
**knowledge (1)**
  13:6

## L

**labs (1)**
  16:18
**Lacks (1)**
  16:6
**Lake (1)**
  7:4
**lately (1)**
  11:16
**law (1)**
  4:8
**lawful (1)**
  4:2
**lot (3)**
  10:5,15;17:20
**lowered (1)**
  15:8

## M

**mainly (1)**
  8:10
**majority (1)**
  15:16
**male (1)**
  14:24
**man (2)**
  15:14,14
**management (2)**
  7:25;9:17
**manual (1)**
  7:24
**many (2)**
  8:20,21
**may (2)**
  5:16;9:9
**Maybe (2)**
  9:3;16:20
**MD (1)**
  4:1
**mean (1)**
  8:9
**meaning (1)**
  13:16
**Medical (4)**
  6:16;7:24;9:17;
  16:14
**medication (1)**
  15:4
**medicine (9)**
  6:18,22;7:9,10,14,
  14,20,21;8:10
**medicines (1)**
  12:16
**meds (2)**
  14:12;16:18
**meet (3)**
  13:11;14:1,8
**meetings (2)**
  10:9,10
**memo (1)**
  12:14
**memory (1)**
  16:2
**mention (2)**
  4:21;17:22
**mentioned (1)**
  13:23
**Misstates (1)**
  14:2
**month (1)**
  9:9
**morning (1)**
  4:13
**most (1)**
  8:19
**mostly (1)**
  10:5
**much (1)**
  17:17

**must (1)**
  5:20

## N

**name (2)**
  4:14;12:10
**NCCHC (1)**
  7:18
**near (1)**
  8:25
**necessary (1)**
  5:19
**neck (1)**
  10:13
**need (2)**
  9:11;12:9
**needed (1)**
  15:11
**nobody (1)**
  17:5
**Northern (1)**
  5:3
**number (2)**
  5:2;8:22

## O

**oath (1)**
  4:6
**object (7)**
  5:17;10:14;11:10;
  12:1;13:14,15;14:2
**objection (6)**
  5:18;14:3,10;15:9;
  16:6;17:3
**objects (1)**
  5:20
**occur (1)**
  16:19
**October (1)**
  6:13
**off (1)**
  10:22
**offender (1)**
  7:24
**often (1)**
  16:19
**Ohio (2)**
  5:4;7:5
**once (1)**
  9:12
**one (5)**
  9:9;12:6,7,9;13:2
**only (2)**
  7:11;9:16
**opinion (2)**
  13:16;14:4
**opportunity (1)**
  16:3
**order (2)**
  16:18;17:13
**otherwise (1)**

**5:22**
**out (2)**
  4:14;11:21
**outside (1)**
  10:1

## P

**PA (1)**
  15:24
**Parkersburg (1)**
  7:4
**particular (2)**
  13:5;14:1;15:7
**patients (4)**
  8:15,20;10:5,6
**PCLM (1)**
  6:16
**pending (1)**
  5:2
**people (3)**
  9:8;10:12;11:20
**percent (1)**
  15:21
**person (3)**
  14:19,23,24
**person's (2)**
  12:10;14:20
**pharmacy (1)**
  10:10
**Philadelphia (1)**
  6:16
**physical (1)**
  10:12
**please (1)**
  4:22
**positions (2)**
  6:8,9
**practice (3)**
  8:5;9:9;9:16
**preparing (1)**
  7:22
**prescriptions (2)**
  8:16,17
**present (1)**
  5:16
**presentations (1)**
  9:25
**presently (1)**
  5:2
**prior (4)**
  8:1;9:20;14:3;
  15:12
**private (2)**
  8:4,9
**privileged (1)**
  9:5
**probably (1)**
  9:8
**problem (1)**
  10:13
**problems (1)**
  10:12

Case: 4:19-cv-01169-SL  Doc #: 60  Filed: 08/27/21  25 of 27.  PageID #: 1032

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

John Dunlop, M.D.
July 30, 2021

**provide (2)**
　6:14;12:14
**psychology (1)**
　14:13
**put (1)**
　10:1

### R

**range (1)**
　15:21
**reach (1)**
　17:13
**read (1)**
　17:24
**reading (2)**
　9:23
**really (2)**
　7:19;15:13
**reassignment (5)**
　11:14;12:15,18;
　13:25;14:6
**recall (14)**
　10:25;12:19,21,22,
　24;13:4;15:23;16:1,
　11,13,21,25;17:8,12
**receive (1)**
　9:14
**received (2)**
　9:14,22
**recommend (1)**
　10:11
**recommendation (1)**
　12:8
**recommendations (1)**
　12:11
**recommended (1)**
　12:3
**record (3)**
　4:5;9:20;17:22
**refer (2)**
　11:15;14:6
**referral (1)**
　13:11
**referred (14)**
　10:15;11:12,14,18,
　19,22,24;12:2,6,7,23,
　25;13:10,22
**referring (1)**
　4:16
**refresh (1)**
　16:2
**regard (1)**
　14:3
**regarding (4)**
　5:7;9:15,17;12:9
**region (14)**
　10:15,20;11:13,15,
　19,20,23,24;12:6,8,
　14,23;13:12,25
**region's (1)**
　13:9
**regs (1)**

**13:17**
**Rehanna (1)**
　4:15
**relate (1)**
　5:7
**remember (4)**
　5:7;17:5,11,15
**rephrase (1)**
　4:22
**reporter (1)**
　4:7
**represent (1)**
　4:15
**request (5)**
　12:22;13:5;14:11;
　16:22;17:1
**requested (1)**
　14:7
**requests (1)**
　14:12
**residency (3)**
　6:18,21,25
**respects (1)**
　4:20
**review (1)**
　7:23
**Right (4)**
　7:11;8:11;9:11,13
**room (1)**
　7:1
**rotating (1)**
　6:17
**run (1)**
　10:9

### S

**same (5)**
　5:15;7:6,6;14:3,10
**schedule (2)**
　4:14;17:18
**school (1)**
　6:16
**Schumacher (2)**
　15:24;16:4
**Seeing (1)**
　8:15
**sees (1)**
　11:2
**seminars (1)**
　9:24
**sends (1)**
　14:15
**sense (1)**
　14:18
**sent (1)**
　14:13
**sex (4)**
　11:14;12:15,17;
　14:6
**sexual (1)**
　13:24
**Shall (1)**

**13:19**
**sign (1)**
　17:24
**signature (1)**
　17:23
**sit (3)**
　11:8;12:20;13:6
**situation (1)**
　16:14
**somebody (1)**
　9:11
**someplace (1)**
　11:25
**sorry (2)**
　13:14;16:9
**special (1)**
　7:16
**speculation (1)**
　15:10
**Spironolactone (2)**
　8:18;15:3
**SRS (1)**
　11:24
**St (5)**
　6:19,25;7:2,3,3
**start (1)**
　14:15
**Starting (1)**
　6:19
**state (2)**
　10:3;12:12
**States (1)**
　5:3
**still (1)**
　5:20
**stipulate (1)**
　4:6
**strike (1)**
　14:18
**stuff (1)**
　10:10
**sufficient (1)**
　4:8
**surgeon (1)**
　11:2
**surgeries (8)**
　10:11,21;11:4,12,
　16,21;13:21,25
**surgery (21)**
　10:13,17,18,19;
　11:18,19,25;12:4,15,
　18;13:13;14:7,20,23,
　25;15:6,15;16:23;
　17:6,9,14
**sworn (1)**
　4:2
**Systems (1)**
　7:5

### T

**talk (1)**
　16:3

**talking (7)**
　11:4;13:2;15:23;
　16:11,13,21,25
**telling (2)**
　17:5,8
**ten (1)**
　9:2,3,8
**test (1)**
　7:19
**testified (4)**
　4:3;5:10,12,25
**testify (1)**
　5:6
**testimony (2)**
　5:14;14:3
**testosterone (4)**
　15:1,2,16,19
**Thanks (2)**
　4:13;17:20
**therapy (1)**
　14:9
**three (1)**
　6:18
**times (1)**
　16:20
**today (8)**
　5:6,14;7:22;8:2;
　11:9;12:20;13:6;
　17:17
**Today's (1)**
　5:4
**Tony (1)**
　4:15
**took (1)**
　7:18
**top (1)**
　10:22
**training (2)**
　9:15,22
**transferred (1)**
　11:20
**transgender (4)**
　7:24,25;9:18;14:12
**treat (2)**
　8:6,8
**treatment (2)**
　5:8;9:7
**treatments (1)**
　8:12
**two (1)**
　16:20
**type (4)**
　10:21;11:4,12;
　12:13
**types (1)**
　5:25

### U

**underwent (3)**
　14:19,23;15:14
**United (1)**
　5:3

**unless (1)**
　5:22;10:16
**up (6)**
　7:5;9:4;11:7;13:10,
　22;14:6
**Used (5)**
　10:5,7,19;11:15;
　13:24
**usually (2)**
　7:6;8:18

### V

**via (1)**
　4:7
**vitals (1)**
　16:18

### W

**waiver (1)**
　17:22
**Warren (1)**
　6:17
**week (1)**
　9:12
**weekend (1)**
　17:19
**West (1)**
　7:4
**Willoughby (1)**
　7:5
**within (1)**
　15:2
**without (1)**
　9:4
**WITNESS (2)**
　13:19;17:20
**witness's (2)**
　13:16;14:4
**work (3)**
　6:20;7:1;16:4
**worked (4)**
　6:22;7:2,2,3
**working (1)**
　8:12
**write (1)**
　8:17
**writing (1)**
　8:15

### Y

**year (1)**
　16:20
**years (3)**
　6:6,19,23

### Z

**Zoom (1)**
　4:7

Tony Fisher, aka Kellie Rehanna vs.
Federal Bureau of Prisons, et al.

John Dunlop, M.D.
July 30, 2021

| **1** |
| :---: |

**15 (1)**
  6:5

| **2** |
| :---: |

**20 (1)**
  9:2
**2010 (1)**
  6:13
**2018 (1)**
  15:24
**20-some (1)**
  6:23

| **3** |
| :---: |

**30th (1)**
  5:5

| **4** |
| :---: |

**4:19CV1169 (1)**
  5:2

| **5** |
| :---: |

**50 (1)**
  8:24

| **8** |
| :---: |

**80 (1)**
  15:20

| **9** |
| :---: |

**9:23 (1)**
  17:25

19

```
1    I have read the foregoing transcript from page 1

2    through page 17 and note the following corrections:

3    PAGE-LINE      REQUESTED CHANGE      REASON FOR CHANGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24       /s/ John Dunlop, D.O.          8/5/21
        _____    _____
25          John Dunlop D.O.              Date
```