# Exhibit D

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3                        - - -

 4    Tony Fisher, aka         )
      Kellie Rehanna,          )
 5                             )
                  Plaintiff,   )
 6                             )
          vs.                  )  Case No. 4:19CV1169
 7                             )  Sara Lioi, J.
      Federal Bureau of        )
 8    Prisons, et al.,         )
                               )
 9                Defendants.  )

10                        - - -

11        Deposition of Paul Clifford, M.D., a witness

12   herein, called on behalf of the plaintiff for oral

13   examination, pursuant to the Federal Rules of Civil

14   Procedure, taken before Karen A. Toth, Notary Public

15   in and for the State of Ohio, via Zoom, on Thursday,

16   July 29, 2021, commencing at 9:41 a.m.

17                        - - -
```

|   |   |   |
|---|---|---|
| 1 |   | section that indicates that an inmate must |
| 2 |   | complete sexual offender training, or therapy, |
| 3 |   | excuse me, in order to be transferred to a |
| 4 |   | female facility? |
| 5 | A | No. |
| 6 | Q | Is there anything in here that says that a |
| 7 |   | person needed to be transferred to a female |
| 8 |   | institution to obtain gender-affirming |
| 9 |   | surgery? |
| 10 | A | No. |
| 11 | Q | And is there anything in this provision that |
| 12 |   | provides any mention for any inmates to be |
| 13 |   | transferred to a female institution? |
| 14 | A | No. |
| 15 | Q | Okay.  There is nothing in there at all about |
| 16 |   | that? |
| 17 | A | If I can clarify.  There is nothing direct nor |
| 18 |   | overt regarding that.  I mean, as I mentioned |
| 19 |   | before, the full-time real life experience in |
| 20 |   | the preferred gender, that is -- certainly has |
| 21 |   | to be thoughtfully -- how can I say, that |
| 22 |   | there is a lot imbedded within that small |
| 23 |   | statement in terms of ensuring that the |
| 24 |   | person, that the patient really is ultimately |
| 25 |   | given the opportunity to fully experience the |

```
 1            full ramifications of adopting the role
 2            ultimately, all the social roles, expectations
 3            and other aspects of being the other gender
 4            for which they originally were assigned at
 5            birth.
 6                     So I felt the need to at least kind of
 7            explain that capacity of it.
 8     Q      No, I appreciate it.
 9                     Is there anything listed in these
10            criteria that mentions that a person must
11            complete sexual offender training in order to
12            be transferred to a female institution?
13     A      No.
14     Q      Two more questions.  Does the BOP or the -- or
15            the Federal Correction Institution at Elkton
16            request any gender dysphoria experience,
17            knowledge or otherwise of any clinical or
18            contractor that treats inmates with gender
19            dysphoria at Elkton?
20     A      Yes.  In the same manner that it expects
21            clinicians to provide services consistent with
22            professional standards in the treatment of any
23            condition that clinician may assess or treat.
24            And I can -- I can clarify further that these
25            professional standards that I speak of
```

```
 1            Social ramifications, adjustments being so
 2        widespread, some more overt, some more subtle,
 3        but very impactful in terms of taking on the
 4        other gender, in terms of having that person
 5        develop the fully informed experience of what
 6        that is like to interact with people, to
 7        present themselves within society and look at
 8        societal response to them.  And I just -- in
 9        my clinical opinion we want individuals to
10        fully experience that before they go through,
11        as I mentioned before, essentially
12        irreversible surgery.  We want to make sure
13        that that person has a fully informed
14        experience.
15   Q    Dr. Clifford, Mr. Icove had asked you whether
16        or not this Section 12 of the clinical manual
17        for transgender inmates speaks to a
18        requirement that a transgender female live in
19        a female facility.  My question for you is
20        slightly different.
21             Based on your personal knowledge do you
22        know whether the Bureau of Prisons interprets
23        the full-time real life experience described
24        in Section 12 as requiring living in a prison
25        consistent with one's target gender identity?
```

1  MR. ICOVE: Objection.
2  A    Yes, I believe that that is the agency's
3       interpretation of that.
4       MR. GARDNER: Thank you.  I have no
5       further questions.
6       MR. ICOVE: Just one.
7                 RECROSS-EXAMINATION
8  By Mr. Icove:
9  Q    Have you seen any documents that support the
10      finding that -- or your opinion that it's the
11      agency's interpretation that an inmate must be
12      in a female facility in order to fulfill that
13      particular requirement of real life
14      experience?
15 A    Can you clarify?
16 Q    Right, I can -- let me just restate.
17           In regards to the last question that
18      was asked by Mr. Gardner, are you aware of any
19      documents that support that interpretation?
20 A    Can you please -- I'm just trying to answer
21      the question fully and accurately.
22      Documentation in terms of?  You know, if you
23      can clarify what type of documentation.
24 Q    Any kind of documentation that supports that
25      particular interpretation of the agency, the

```
 1  State of Ohio,           )
                             ) SS:  CERTIFICATE
 2  County of Cuyahoga,      )
```

3   I, Karen A. Toth, Notary Public in and for the

4   State of Ohio, duly commissioned and qualified, do

5   hereby certify that the within named witness,

6   Paul Clifford, M.D., was by me first duly sworn to

7   testify the truth, the whole truth, and nothing but

8   the truth in the cause aforesaid; that the testimony

9   then given by him was by me reduced to

10  stenotypy/computer in the presence of said witness,

11  afterward transcribed, and that the foregoing is a

12  true and correct transcript of the testimony so

13  given by him as aforesaid.

14      I do further certify that this deposition was

15  taken at the time and place in the foregoing caption

16  specified and was completed without adjournment

17      I do further certify that I am not a relative,

18  counsel, or attorney of either party, or otherwise

19  interested in the event of this action.

20      IN WITNESS WHEREOF, I have hereunto set my

21  hand and affixed my seal of office at Cleveland,

22  Ohio on this 9th day of August, 2021.

23  _____

24  Karen A. Toth, Notary Public in
    and for the State of Ohio.
25  My Commission expires May 6, 2023.

FINCUN-MANCINI -- THE COURT REPORTERS
(216)696-2272