# Exhibit E

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
                     EASTERN DIVISION

                          - - -

Tony Fisher, aka          )
Kellie Rehanna,           )
                          )
              Plaintiff,  )
                          )
         vs.              )   Case No. 4:19CV1169
                          )   Sara Lioi, J.
Federal Bureau of         )
Prisons, et al.,          )
                          )
              Defendants. )

                          - - -
```

Deposition of Jennifer Eplin, a witness herein, called on behalf of the plaintiff for oral examination, pursuant to the Federal Rules of Civil Procedure, taken before Karen A. Toth, Notary Public in and for the State of Ohio, via Zoom, on Friday, July 23, 2021, commencing at 9:33 a.m.

- - -

```
 1              regards to the WPATH?
 2    A         No.
 3    Q         Okay.  Is it considered to be the standard
 4              that the BOP uses on the issue of
 5              gender-affirming treatment and surgery in an
 6              instructional setting?
 7    A         No.
 8    Q         What weight, if any, do you believe the WPATH
 9              has regarding the issue of gender-affirming
10              surgery and treatment in an institutional
11              setting?
12    A         It's a document that we use for information,
13              but it's not a requirement in the BOP.
14    Q         Is that your understanding; it's not a
15              requirement?
16    A         Yes.
17    Q         Are there any documents that support your
18              understanding that the WPATH is not
19              incorporated into the BOP's rules and
20              regulations?
21    A         I don't understand your question.
22    Q         Right.  I'll go again.  Are you referring to
23              any document that would indicate that the
24              WPATH is not incorporated into the BOP as
25              rules and regulations?
```

```
 1            review so that all of the staff would have
 2            time to look at it before we got to the formal
 3            Transgender Executive Council where we had the
 4            multi-disciplinary meeting.
 5    Q       And it's fair to say that Kellie over the
 6            years has been reviewed by the TEC on four or
 7            five occasions, that you're aware of?
 8    A       I don't specifically recall.
 9    Q       Do you remember the most recent one?
10    A       Yes.
11    Q       And was that date May the 17th of 2021?
12    A       I don't recall.
13    Q       Okay.  Do you recall it was in May?
14    A       No, I don't recall the specific month.
15    Q       Do you recall what the disposition was?
16    A       We recommended further mental health treatment
17            and programming.
18    Q       And specifically what type of mental health
19            treatment, what type of program?
20    A       Sex offender treatment.
21    Q       And why did you do that?
22    A       I believe the council recommended that in part
23            because of a judicial recommendation and under
24            the lens of safety for both Inmate Fisher and
25            other inmates prior to transfer to a female
```

```
 1            facility due to her sex offense.
 2   Q        To the best of your knowledge, has she ever
 3            had any discipline problems or health and
 4            safety problems at Elkton?
 5   A        Not that I recall.
 6   Q        And for the record, Elkton is a male facility?
 7   A        Yes.
 8   Q        And what additional mental health treatment
 9            did the TEC recommend?
10   A        Sex offender treatment.
11   Q        Was that the only requirement that was
12            recommended?
13   A        To the best of my recollection it was sex --
14            or mental health treatment and programming.
15   Q        Do you know what her hormone levels were like
16            on May the 17th of 2021?
17   A        I don't recall.
18   Q        Are you aware that on June 15th of 2021 her
19            estrogen level was 252?
20   A        No.
21   Q        So it's fair to say you don't review her
22            particular file on a regular basis, you only
23            review it when it comes before the TEC?
24                   MR. FELDON:      Object to the form.
25   Q        Did you look at her particular file before
```

```
 1            answer.
 2                     MR. ICOVE:          Thank you.
 3    A       I don't know.  We've had inmates that we've
 4            transferred to female institutions that were
 5            biologically male and then they've asked to go
 6            back to male institutions.  We've -- I mean,
 7            each individual is different.  I don't know.
 8            I don't think that that's something that I can
 9            say for her.
10    Q       And it's fair to say that you're telling us
11            today that you can't answer that question in
12            regards to others, or just in general?
13    A       If I'm understanding the question correctly, I
14            mean, I don't know for a transperson how that
15            is to transition in the correctional
16            environment.
17    Q       My question is in general, regardless of
18            whether it's Kellie or not.  If a person who's
19            a male puts herself out to be female in a male
20            institution, isn't that in and of itself
21            pretty difficult to do for that person?
22                     MR. FELDON:          Objection.
23            Speculation.  You can answer.
24    A       It would be difficult in either institution I
25            can assume.
```

```
 1            gender-affirming transfer so that they can see
 2            is this something that they want to do.  We
 3            want a good outcome for them before we make a
 4            life changing surgery, a surgery that we can't
 5            come back from.  As I just stated, but I don't
 6            think I formulated it well, we've had inmates
 7            that we transferred before to gender-affirming
 8            facilities that have been requested to go back
 9            to the biological sex facility.
10                    So we do that gender-affirming surgery
11            to ensure that we have the best possible
12            outcome for the inmates.
13    Q       And if you did have an inmate who
14            hypothetically have gender-affirming surgery
15            prior to being transferred back to a male
16            facility, would that create any concerns for
17            BOP?
18    A       Yes.
19                    MR. ICOVE:         Objection.
20                    MR. FELDON:        What grounds?
21                    MR. ICOVE:         Objection.  That's
22            all.  Go ahead.
23                    MR. FELDON:        Okay.
24    Q       Yeah, if you had an individual with that
25            gender-affirming surgery and for whatever
```

```
 1  State of Ohio,           )
                             ) SS:   CERTIFICATE
 2  County of Cuyahoga,      )

 3        I, Karen A. Toth, Notary Public in and for the
 4  State of Ohio, duly commissioned and qualified, do
 5  hereby certify that the within named witness,
 6  Jennifer Eplin, was by me first duly sworn to
 7  testify the truth, the whole truth, and nothing but
 8  the truth in the cause aforesaid; that the testimony
 9  then given by her was by me reduced to
10  stenotypy/computer in the presence of said witness,
11  afterward transcribed, and that the foregoing is a
12  true and correct transcript of the testimony so
13  given by her as aforesaid.
14        I do further certify that this deposition was
15  taken at the time and place in the foregoing caption
16  specified and was completed without adjournment
17        I do further certify that I am not a relative,
18  counsel, or attorney of either party, or otherwise
19  interested in the event of this action.
20        IN WITNESS WHEREOF, I have hereunto set my
21  hand and affixed my seal of office at Cleveland,
22  Ohio on this 5th day of August, 2021.
23
              _____
24            Karen A. Toth, Notary Public in
              and for the State of Ohio.
25            My Commission expires May 6, 2023.
```