# Exhibit J



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Correctional Institution*

Elkton, Ohio 44415

March 19, 2021

MEMORANDUM FOR TRANSGENDER EXECUTIVE COMMITTEE (TEC)

FROM: Mark K. Williams
Warden, FCI Elkton

SUBJECT: Request for Updated TEC Review:
Inmate Tony R. Fisher, Reg. No. 70313-061

Inmate Tony R. Fisher, Reg. No. 70313-061 is a transgender inmate currently incarcerated at FCI Elkton. Inmate Fisher's request for gender reassignment surgery was previously reviewed by the TEC in 2019. Given that the request is still being addressed in litigation, the institution is requesting an updated review of her status.

Here is an updated summary of inmate Fisher:

Inmate Fisher is a 43 year-old, verified male to female transgender inmate. She began hormone treatment October 2, 2015, with Spironolactone. Estrogen was added in May 2016. She has been on hormone therapy for over 5 years. Inmate Fisher recently had an Estrogen dose reduction due to elevated estradiol levels. Her December 19, 2020, laboratory testing indicated an Estradiol level of 551 pg/mL and testosterone of 14 ng/dL. Based on these laboratory findings her estrogen injection was reduced to 10 mg biweekly.

Inmate Fisher has continued to be seen at least monthly by Psychology Services for individual psychotherapy sessions to address mental health concerns related to Gender Dysphoria and Post-Traumatic Stress Disorder. She appears to have benefited from this recurring intervention by helping her to effectively manage levels of distress associated with these conditions.

Additionally, it is noted that inmate Fisher has continued to utilize the gender affirming accommodations provided in Laundry and Commissary.

Please let me know if you have questions or need further information.