# Exhibit K



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Correctional Institution*

*Elkton, Ohio 44415*

April 19, 2021

**MEMORANDUM FOR JENNA EPPLIN, POLICY AND PROGRAMS COORDINATOR**
**WOMEN AND SPECIAL POPULATIONS BRANCH**

**FROM:**   Mark K. Williams
Warden, FCI Elkton

**SUBJECT:**   Inmate Tony R. Fisher, Reg. No. 70313-061
Referral to Transgender Executive Council

This memorandum is in response to a request for information pertaining to inmate Tony R. Fisher, Reg. No. 70313-061, and the inmate's request for gender affirming surgery.  Given the inmate's request for surgery, the memorandum also serves as a review for a lesser security or gender affirming transfer before such surgery can be more fully considered.  The inmate self-identifies as transgender male-to-female; therefore, female pronouns will be used throughout this report.  My responses to the requested information are as follows:

**-Evidence of a continuously manifested desire to live and to be accepted as a member of the preferred sex for at least two years:**

According to self-report initially noted in the Psychology Data System in 2015, the inmate has reported the following chronic experiences: marked incongruence between her experienced gender and her physical sex characteristics; strong desire to be rid of her physical male sex characteristics; a strong desire for the sex characteristics of a female; a strong desire to be female; a strong desire to be treated as a female; and a strong conviction that she has the typical feelings and reactions of a female.  The incongruence noted above has caused clinically significant distress for her.

**-Evidence the inmate lived full-time in her desired gender role for at least 12 months to the extent possible at the current institution:**

In recent years (since approximately 2015), the inmate has lived full-time as a female to the extent possible at this institution; this has included: wearing female underwear, using make-up and female accessories from the Commissary, wearing traditionally female

FISHER_002658

hairstyles, displaying traditionally female mannerisms, and preferring female pronouns.

**-Evidence the inmate received at least 12 continuous months of medically supervised hormone therapy appropriate to her gender goals (unless there was a medical contraindication to this therapy):**

Inmate Fisher began hormone treatment October 2, 2015, with Spironolactone. Estrogen was added in May 2016. She has been on hormone therapy for over 5 years. Inmate Fisher recently had an Estrogen dose reduction due to elevated estradiol levels. Her December 19, 2020, laboratory testing indicated an Estradiol level of 551 pg/mL and testosterone of 14 ng/dL. Based on these laboratory findings her estrogen injection was reduced to 10 mg biweekly.

**-Evidence the inmate could successfully and safely transfer and adjust medically and psychologically, to a different facility:**

Inmate Fisher has been seen at least monthly by Psychology Services for as a Mental Health Care level 2 inmate for individual psychotherapy sessions to address mental health concerns related to Gender Dysphoria and Post-Traumatic Stress Disorder. She appears to have benefited from this recurring intervention by helping her to effectively manage levels of distress associated with these conditions. There are no psychological or medical contraindications for a transfer to a different facility.

**-Evidence (if any) suggestive of any external coercion or predation related to designation request:**

There is no current or pending request by the inmate to transfer to a female facility.

Please let me know if you have questions or need further information.

FISHER_002659