# Exhibit L

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*Elkton, Ohio 44415*

May 17, 2021

MEMORANDUM FOR INMATE TONY R. FISHER, REG. NO. 70313-061

FROM:            //s//
                 Mark. K. Williams, Warden

SUBJECT:         Response to Request for
                 Transgender Exception to Pat Search Procedures

Based upon your transgender status, you have requested an exception
to be pat searched only by female staff. Your request for exception
is approved.



Last Name
FISHER
First Name
TONY            Suffix
Middle Name
R
Height          Weight
6'00''          200
Hair                    Eye
BROWN                   GREEN
Regno                   Facility
70313-061               ELK

2017-10-24