# Exhibit O

| | |
|---|---|
| From: | Jenna N Epplin [jepplin@bop.gov] |
| Sent: | 5/3/2021 2:36:52 PM |
| To: | ELK-Warden-S@bop.gov |
| CC: | Paul Clifford [pclifford@bop.gov] |
| Subject: | Re: ELK - TEC Review (Fisher, T., Reg. No. 70313-061) |

Warden Williams,

Inmate Fisher was reviewed. Please have your staff convey to inmate Fisher the following recommendation verbally.
- IM Fisher, Tony R. – Reg. No. 70313-061 - continue at a male facility, recommend compliance with all mental health programming and treatment to include Sex Offender Treatment programming as was recommended by the court.

Please feel free to contact me if you have any questions or concerns.

Thanks,
Jenna



Jenna N. Epplin
National Policy and Program Coordinator
Women and Special Populations Branch
Federal Bureau of Prisons
618.534.7766
>>> ELK-Warden-S 4/20/2021 3:34 PM >>>
Please see attached regarding inmate Fisher.

>>> Jenna N Epplin 4/5/2021 1:50 PM >>>
Warden Williams,

Inmate Fisher was reviewed today. Please provide further information utilizing the example memo attached. Additionally, while the inmate is requesting gender affirming surgery the institution must first request a lesser security or gender affirming transfer before surgery can be considered. To review her for such a transfer, we need more information on her.

Please feel free to contact me if you have any questions and I look forward to your response. Once received, I will add her back to the TEC agenda.

Thanks again,
Jenna

Jenna N. Epplin
National Policy and Program Coordinator
Women and Special Populations Branch
Federal Bureau of Prisons
618.534.7766


>>> ELK-Warden-S 3/24/2021 1:46 PM >>>
Please see attached.

FISHER_002671