# Exhibit R

| | |
|---|---|
| **Fwd: Fisher, Tony, Reg # 70313-061** | |
| **From** | Jane Barnes |
| **To** | John Dunlop, Lori Hunter Shelley Kennedy |
| **Date** | 2018/02/12 15:15 |
| **Subject:** | Fwd: Fisher, Tony, Reg # 70313-061 |
| **Attachments:** | TEXT.htm, ClinicalEncounterFinalizeGetDocument.faces.pdf |

OK... well got called on this gem by the Region as they are responding to his bp 10

We will need to discuss tomw.

Gonna have to review this case and do one of the following:
Submit consultation for surgery
Deny in URC due to "elective" or Refer up in URC (will have to deny because no packet is there)
Then, submit a "packet" up to the Transgender Committee


>>> Melissa Fisher 2/12/2018 1:49 PM >>>
Can you tell me if surgery was submitted to BOP TCCT for review?

Melissa

Melissa Fisher
Regional Health Systems Specialist
Northeast Regional Office
Federal Bureau of Prisons
215-521-7341


PLAINTIFF'S EXHIBIT 9

FISHER_002651

| Rendering attachment ||
|---|---|
| Name | ClinicalEncounterFinalizeGetDocument.faces.pdf |
| CA | 84cb76392066176554fd929dae3e67c0 |
| Path | //10.79.28.52/adtmail3/archive3/temp/webviewer/5C/5C7D7A586CE96DD97C909796AC018149D6E0C2AE94FBFD8D4711D87EBFA83474BB6A2AA5 |
| Type | file |
| Location | com.tma.gwarchive.webviewer.common.GWALocation_SAI@7b64240d |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FISHER, TONY R | | | Reg #: | 70313-061 |
| Date of Birth: | 08/19/1977 | Sex: | M    Race: WHITE | Facility: | ELK |
| Note Date: | 01/19/2018 15:26 | Provider: | Barnes, J. HSA/PA-C | Unit: | F06 |

Admin Note - General Administrative Note encounter performed at Other.
**Administrative Notes:**

### ADMINISTRATIVE NOTE   1          Provider: Barnes, J. HSA/PA-C

Discussed case with Region over last several months as well as Chief Medical Officer who confirmed there are no sex reassignment surgeries being done at this time as it is still considered an "elective medical procedure," rather than medical necessity.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Barnes, J. HSA/PA-C on 01/19/2018 15:30