# Exhibit S

```
 1        IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3                        - - -

 4   Tony Fisher, aka         )
     Kellie Rehanna,           )
 5                             )
               Plaintiff,      )
 6                             )
         vs.                   )  Case No. 4:19CV1169
 7                             )  Sara Lioi, J.
     Federal Bureau of         )
 8   Prisons, et al.,          )
                               )
 9             Defendants.     )

10                        - - -

11        Deposition of Jane Barnes, a witness herein,

12   called on behalf of the plaintiff for oral

13   examination, pursuant to the Federal Rules of Civil

14   Procedure, taken before Karen A. Toth, Notary Public

15   in and for the State of Ohio, pursuant to notice,

16   via Zoom, on Friday, July 30, 2021, commencing at

17   9:24 a.m.

18                        - - -
```

```
1    Q     And that goes all the way down and it says,
2          "Then, submit a packet to the Transgender
3          Committee"?
4    A     Correct.
5    Q     That whole section you wrote.
6                So can you review -- it says, "Gonna
7          have to review this case and do one of the
8          following."  Can you explain what the two
9          options were?
10   A     For any kind of consultation for surgeries
11         generally we submit those for electronic
12         medical records, and that goes through a
13         utilization review committee for approval,
14         disapproval, a referral to the regional staff.
15         So that was one option.  And the decisions --
16         like if it's an immediate life-threatening
17         acute -- things that cannot wait, the
18         institution has the decision to make that.  If
19         it's considered elective in any sort, meaning
20         potential gall bladder, I need a hip
21         replacement, knee replacement, a hernia; those
22         -- you know, those are all considered elective
23         surgeries and those would go to the regional
24         level for approval.
25   Q     So if I --
```

```
 1   Q      If Kellie is denied gender-affirming surgery
 2          or it's further delayed how do you feel this
 3          will affect her?
 4                  MR. FELDON:        Objection.  Calls for
 5          speculation.
 6   A      I would agree that would be total speculation
 7          because I have no idea.  I'm not in a position
 8          to make that kind of a decision or comment.
 9   Q      Did you sign off on the gender-affirming
10          surgery request for Kellie that was sent to
11          the BOP in approximately April of 2018?
12   A      I'm not -- I was -- the agency is not on the
13          -- there is not a place for me to sign, or I'm
14          not part of that -- the trail of who is
15          required to sign on that.
16   Q      Did you support her request for
17          gender-affirming surgery?
18   A      Yes, that's why things were submitted.
19   Q      Do you believe that gender-affirming surgery
20          is a medical necessity for Kellie?
21                  MR. FELDON:        Objection.  Calls for
22          -- well, objection to form.  You can answer.
23   Q      Why or why not is fine.
24   A      Basically I still consider it elective,
25          because just as I said previously, elective
```

```
 1           surgery is a hernia that needs repaired but
 2           it doesn't mean it needs done today.  Knee
 3           replacement, things like that.  Versus you
 4           need bypass and it needs done two minutes ago.
 5                  So anything that is not an absolute
 6           medical emergency at that time is considered
 7           an elective surgery medically speaking.
 8    Q      So if the medical problem didn't require
 9           immediate attention because it was an
10           emergency you would consider it to be
11           elective?
12    A      Correct.  Yeah, same thing if -- I mean, that
13           goes for almost -- a variety of things.
14           Thyroid surgeries.  I mean, if it -- rarely,
15           like would a thyroid surgery becomes a medical
16           necessity today.  And a hernia, if it became
17           incarcerated, then becomes a medical
18           necessity.
19    Q      Do you believe that Kellie would benefit from
20           a gender-affirming surgery?
21                  MR. FELDON:      Objection.  Calls for
22           speculation.
23    A      I don't -- that's kind of out of my scope.
24                  MR. FELDON:      Counsel, I'm going to
25           note it's 10:00 and we actually started this
```

```
 1  State of Ohio,           )
                             ) SS:   CERTIFICATE
 2  County of Cuyahoga,      )

 3          I, Karen A. Toth, Notary Public in and for the
 4  State of Ohio, duly commissioned and qualified, do
 5  hereby certify that the within named witness,
 6  Jane Barnes, was by me first duly sworn to
 7  testify the truth, the whole truth, and nothing but
 8  the truth in the cause aforesaid; that the testimony
 9  then given by her was by me reduced to
10  stenotypy/computer in the presence of said witness,
11  afterward transcribed, and that the foregoing is a
12  true and correct transcript of the testimony so
13  given by her as aforesaid.
14          I do further certify that this deposition was
15  taken at the time and place in the foregoing caption
16  specified and was completed without adjournment
17          I do further certify that I am not a relative,
18  counsel, or attorney of either party, or otherwise
19  interested in the event of this action.
20          IN WITNESS WHEREOF, I have hereunto set my
21  hand and affixed my seal of office at Cleveland,
22  Ohio on this 5th day of August, 2021.
23          _____
24          Karen A. Toth, Notary Public in
            and for the State of Ohio.
25          My Commission expires May 6, 2023
```