# Exhibit U

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
                         EASTERN DIVISION

                              - - -

 Tony Fisher, aka           )
 Kellie Rehanna,            )
                            )
                Plaintiff,  )
                            )
        vs.                 )  Case No. 4:19CV1169
                            )  Sara Lioi, J.
 Federal Bureau of          )
 Prisons, et al.,           )
                            )
                Defendants. )

                              - - -

        Deposition of Lori Hunter, N.P., a witness

 herein, called on behalf of the plaintiff for oral

 examination, pursuant to the Federal Rules of Civil

 Procedure, taken before Karen A. Toth, Notary Public

 in and for the State of Ohio, pursuant to notice,

 via Zoom, on Friday, July 30, 2021, commencing at

 10:06 a.m.
                              - - -
```

1   Q    Okay.
2   A    But as far as -- as far as whether or not it's
3        a medical necessity, if we are at -- in the
4        context of urgency in a conventional sense it
5        wouldn't have been considered medically
6        necessary.
7   Q    And what you're referring to is if there is an
8        emergency situation, somebody had a ruptured
9        gall bladder or needed some sort of emergency
10       treatment, that's what you're talking about
11       being medically necessary; is that correct?
12  A    Correct.  Medical necessity is something, from
13       my understanding, that without treating them
14       immediately it will cost perhaps life, limb or
15       eyesight.
16  Q    And do you believe that Kellie would benefit
17       from gender-affirming surgery, why or why not?
18           MR. GARDNER:     Objection.  Lack of
19       foundation.  Calls for speculation.
20  A    So my answer to that is that's really whether
21       or not Kellie would benefit is for Kellie to
22       say.
23  Q    Okay.  I have no further questions at this
24       time and I want to thank you for coming today.
25       Your counsel will instruct you on whether or

```
1  State of Ohio,         )
                          ) SS:  CERTIFICATE
2  County of Cuyahoga,    )

3         I, Karen A. Toth, Notary Public in and for the
4  State of Ohio, duly commissioned and qualified, do
5  hereby certify that the within named witness,
6  Lori Hunter, N.P., was by me first duly sworn to
7  testify the truth, the whole truth, and nothing but
8  the truth in the cause aforesaid; that the testimony
9  then given by her was by me reduced to
10 stenotypy/computer in the presence of said witness,
11 afterward transcribed, and that the foregoing is a
12 true and correct transcript of the testimony so
13 given by her as aforesaid.
14        I do further certify that this deposition was
15 taken at the time and place in the foregoing caption
16 specified and was completed without adjournment
17        I do further certify that I am not a relative,
18 counsel, or attorney of either party, or otherwise
19 interested in the event of this action.
20        IN WITNESS WHEREOF, I have hereunto set my
21 hand and affixed my seal of office at Cleveland,
22 Ohio on this 5th day of August, 2021.
23        _____
24        Karen A. Toth, Notary Public in
           and for the State of Ohio.
25         My Commission expires May 6, 2023.
```