# Exhibit V

Admin-Rem.
926,837
Re: Orig-SRS request

ELK 1330.18A
December 4, 2014
Attachment A

**REQUEST FOR ADMINISTRATIVE REMEDY**
**INFORMAL RESOLUTION FORM**
**FCI ELKTON, OHIO**

4066
11-26-17

Bureau of Prisons Program Statement 1330.18 "Administrative Remedy Procedures for Inmates", states that "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INFORMAL RESOLUTION NUMBER: 4066

INMATE'S NAME: Tony Fisher  NO. 70313-061  UNIT FB

1. Specific Complaint: Per acting AHSA L. Hunter, NP-C on 11/16/2017 my request for sex reassignment surgery (SRS) was "denied by a doctor at the regional level" stating "the BOP is not yet doing SRS as they can't find a doctor to perform the surgery or personnel for after care, even though SRS IS part of the BOP Clinical Guidelines for the treatment of transgender inmates".

2. Relief Requested: Being that the hormone therapy and real-life experience (as is allowable to me by FCI-Elkton and the BOP) are not providing sufficient relief for my gender dysphoria, I request sex reassignment surgery as requested by FCI-Elkton medical staff AND is recommended by the WPATH Standards of Care, as I've requested multiple times through multiple staff members of medical and psychology services and my unit team, and any and all legal fees, court costs, and attorney fees associated with Bivens and/or 1983 actions brought to secure this needed & medically needed surgery.

3. Date/Time Complaint received from inmate: 11-27-17 3:40p
   12-31-17 3:41p

4. Date/Time Informally discussed with inmate: 12/19/17

5. Staff Response: As we discussed, Health Services has reached out additionally for Regional direction and are in the process of following through with discussions @ the central office level on surgical tx options and plan of care associated with such.

6. Date Administrative Remedy provided: 1-2-18

7. Informal Resolution was / (was not) accomplished.

_Tony Fisher_ 12/31/2017     12/31/2017
Inmate's Signature/Register  70313-061   DATE

_Jane Barnes CDR/PA-C_       12-19-17
STAFF MEMBER'S NAME & TITLE  DATE
HEALTH SERVICES ADMINISTRATOR

_W.D.P_                       1-2-2018
UNIT MANAGER'S SIGNATURE     DATE

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

BP 4066 1-2-18

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Fisher, Tony, R. | 70313-061 | FB | FCI-Elkton |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** Being that an Informal resolution was not established on BP-8 #4066 in regards to my request for Sex Reassignment Surgery (SRS), I am hereby submitting this Request For Administrative Remedy. I suffer extreme undue mental anguish due to my gender dysphoria as I've constantly informed a plethora of Bureau of Prisons (BOP) officers, agents, clinicians, Lieutenants, Unit Team Members, Psychologists, and medical personnel that I've had contact with. Even after more than two years of continuous and potentially successful hormone treatment, counseling, and living as a woman (A.K.A. Real Life Experience/RLE) as permitted by FCI-Elkton and the BOP, I have not experienced ANY alleviation to my mental anguish, thus my symptoms have persisted causing extreme distress and I still feel a strong imminent urges to self castrate (not to be interpreted as ANY form of suicidal attempt or ideation). I have communicated these urges to: Dr. Kathy McNutt (when she was my assigned treatment plan physician), my housing unit counselor Ms. D. Smith, Chief Psychologist Dr. Paul Clifford, Staff Psychologist Dr. M. Szumigale, Staff Psychologist Dr. H. Wilson, Health Services Administrator Ms. Barnes, Acting Assistant Health Services Administrator Ms. Lori Hunter NP-C, my current assigned primary health care provider Ms. Giannone NP-C, and prior assigned staff psychologists Dr. Jessica Virzi (which also is who diagnosed me with gender dysphoria) and Dr. Andres Moskowitz (both here at FCI-Elkton) and Dr. Brooke Phillips-Boyles at FCI-Forrest City. Based on the World Professional association for Transgender Health (WPATH) Standards Of Care (SOC)(which the BOP has adopted as its chosen model of care for

3 January 2018    *Cont'd on attached page*     [signature]
DATE        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

SEE ATTACHED

---

DATE       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: _____

CASE NUMBER: 926837-A1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

1/8/18
DATE       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

(cont'd from form BP-229(13))
transgender inmates) "triadic treatment sequence": (1) Hormone Therapy; (2) Real Life Experience as a member of the opposite sex; and (3) Sex Reassignment Surgery, <u>this surgery is not considered experimental or cosmetic, it is an accepted, effective, medically indicated treatment for gender dysphoria</u>. Only providing me with <u>SOME</u> treatment consistent with the WPATH SOC guidelines does not necessarily mean I am being provided with Constitutionally adequate treatment. Having begun this process, implies now your duty to fully complete this process of transition/transformation for me. As stated by me in BP-8 #4066 (attached hereto) "Per acting AHSA L. hunter, NP-C on 11/16/2017 my request for sex reassignment surgery (SRS) was 'denied by a doctor, Dr. Shaw, at the regional level' stating 'the BOP is not yet doing SRS as they can't find a doctor to perform the surgery or personnel for after care even though SRS <u>is</u> part of the BOP Clinical Guidelines for the treatment of transgender inmates'". A review of my medical records, specifically: <u>Bureau of Prisons, Health Services, Clinical Encounter-Administrative Note</u> by provider: Hunter, Lori NP-C, dated 10/13/2017 15:28, Ms. Hunter states: "Reviewed medical record in preparation for submitting SRS request to the TCCT. He has been on medications greater than one year with good compliance". This record was generated in compliance with the <u>Medical Management of Transgender Inmates; Federal Bureau of Prisons Clinical Guidance</u> dated December 2016. On page 19, section #12 <u>Gender Affirming (A.K.A. Sex Reassignment) Surgery</u>, it is stated that "Requests for surgery are submitted to the BOP TCCT for initial review and recommendation to the Medical Director, who is the approving authority". Also, based on the "CRITERIA" in this same section, I am a matching candidate for this essential medical care procedure. I hereby request Sex Reassignment Surgery (SRS) as is recommended by the WPATH <u>Standards of Care</u>, and the BOP's own <u>Medical Management of Transgender Inmates Clinical Guidance</u> manual; and now mandated by our agreement; being you have begun this process an me which I have accepted. Any further delay or denial gives merit to your deliberate indifference and wanton reckless denial to my serious medical needs, and therefore this is a violation of my Eighth Amendment rights allowing me to invoke my right to file a Bivens claim and/or FTCA action, to which I further request any and all legal fee's, court costs, and attorney fee's associated with the action(s) brought to secure this medically needed surgery.

*Tony Fisher* [signature]
Tony Fisher
Reg. # 70313-061

January 3, 2018

Attachments: copy of Informal Resolution number 4066, *four copies of continuation page*

Cc:/file
trf

*Copy #1*