IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONY FISHER, | ) | CASE NO. 4:19-CV-1169 |
| aka KELLIE REHANNA, | ) | |
| | ) | JUDGE SARA LIOI |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF APPEAL** |
| | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that Plaintiff, Tony Fisher a.k.a. Kellie Rehanna, hereby appeals to the United States Court of Appeals for the Sixth Circuit from final judgment entered in this case on July 8, 2022, granting the motion for summary judgment filed by Defendants Federal Bureau of Prisons and Federal Correctional Institution Elkton and denying Plaintiff's motion for summary judgment. (Docs. 87, 88).

Respectfully submitted,


*/s/ Edward A. Icove*
Edward A. Icove (0019646)
Icove Legal Group, Ltd.
Terminal Tower, Suite 3220
50 Public Square
Cleveland, Ohio 44113
Phone (216) 802-0000; Fax (216) 802-0002
ed@icovelegal.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, a complete copy of this document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this through the Court's system.

*/s/ Edward A. Icove*
Edward A. Icove (0019646)
Attorney for Plaintiff